**Kenneth L. SMITH, Jr., Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 16–1719

United States Court of Appeals, Eighth Circuit.

Submitted: October 5, 2016

Filed: October 11, 2016

Kenneth L. Smith, Jr., Pro Se, Poplar Bluff, MO.

Pamela A. Kultgen, Assistant Regional Counsel, Meghan Jane McEvoy, Assistant Regional Counsel, Kansas City, MO, Nicholas P. Llewellyn, Assistant U.S. Attorney, Saint Louis, MO.

Before SMITH, BENTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Kenneth L. Smith, Jr., appeals from the decision of the district court [1] affirming an administrative law judge's decision denying him disability insurance benefits. Having carefully reviewed the record before us

1. The Honorable Ronnie L. White, United States District Judge for the Eastern District

and the parties' submissions on appeal, we conclude that substantial evidence on the record as a whole supports the adverse decision. See Johnson v. Colvin, 788 F.3d 870, 872 (8th Cir. 2015) (substantial evidence is that which reasonable mind would accept as adequate to support Commissioner's decision). The judgment of the district court is affirmed.